**WILLKIE FARR & GALLAGHER LLP**
Todd G. Cosenza (*admitted pro hac vice*)
Charles D. Cording (*admitted pro hac vice*)
Zeh S. Ekono (*admitted pro hac vice*)
Michelle A. Polizzano (*admitted pro hac vice*)
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: tcosenza@willkie.com
    ccording@willkie.com
    zekono@willkie.com
    mpolizzano@willkie.com

Alexander L. Cheney (SBN: 302157)
Willkie Farr & Gallagher LLP
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7400
Facsimile: (415) 858-7599
Email: acheney@willkie.com

*Attorneys for Defendants Steven D. Black,
Mark A. Chancy, Theodore F. Craver, Jr.,
Maria R. Morris, Richard B. Payne, Jr.,
Ronald L. Sargent, and Suzanne M. Vautrinot*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF HOLLYWOOD FIREFIGHTERS' PENSION SYSTEM,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>STEVEN D. BLACK, MARK A. CHANCY, THEODORE F. CRAVER, JR., MARIA R. MORRIS, RICHARD B. PAYNE, JR., RONALD L. SARGENT, CHARLES W. SCHARF, AND SUZANNE M. VAUTRINOT,<br><br>　　　　　　　　Defendants,<br><br>　-and-<br><br>WELLS FARGO & COMPANY,<br><br>　　　　　　　　Nominal Defendant. | Case No. 4:23-cv-02445-JST<br><br>**DEFENDANTS STEVEN D. BLACK, MARK A. CHANCY, THEODORE F. CRAVER, JR., MARIA R. MORRIS, RICHARD B. PAYNE, JR., RONALD L. SARGENT, AND SUZANNE M. VAUTRINOT'S NOTICE OF JOINDER AND JOINDER TO NOMINAL DEFENDANT WELLS FARGO & COMPANY'S MOTION TO DISMISS THE COMPLAINT FOR FAILURE ADEQUATELY TO PLEAD DEMAND FUTILITY**<br><br>Hearing: June 20, 2024<br>Time: 2:00 p.m.<br>Courtroom 6<br>The Honorable Jon S. Tigar |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Steven D. Black, Mark A. Chancy, Theodore F. Craver, Jr., Maria R. Morris, Richard B. Payne, Jr., Ronald L. Sargent, and Suzanne M. Vautrinot (the "Director Defendants") hereby join in Nominal Defendant Wells Fargo & Company's ("Wells Fargo") Motion to Dismiss the Complaint for Failure Adequately to Plead Demand Futility ("Motion"), and in each of the filings submitted therewith and all arguments in support of the Motion. The hearing on the Motion is set for June 20, 2024 at 2:00 p.m. PST before the Honorable Jon S. Tigar.

The Director Defendants join in Wells Fargo's Motion pursuant to Federal Rule of Civil Procedure 23.1 to dismiss the Verified Consolidated Shareholder Derivative Action Complaint (ECF No. 116) for failure to make a pre-suit demand on Wells Fargo's Board of Directors ("Board") or adequately plead that the demand requirement is excused. As set forth in the Motion, the denial of Wells Fargo's demand-futility demurrer in *Himstreet v. Scharf*, Case No. CGC-22-599223 (Super. Ct., Apr. 19, 2022) has no preclusive effect in this action. Plaintiff did not make a demand on Wells Fargo's Board, and Plaintiff's allegations fail to demonstrate that a majority of the current Board faces a substantial likelihood of liability for breaching their fiduciary duties such that demand would have been futile here, including because Plaintiff has not pled any particularized allegations demonstrating that each director acted in bad faith and chose to do nothing in response to alleged warnings of potential misconduct. The outcome under Delaware law is clear: Plaintiff's Complaint should be dismissed in its entirety.

Pursuant to the parties' stipulation and the Scheduling Order entered by the Court on January 16, 2024, *see* ECF No. 110, the parties have agreed that the Director Defendants may present further motions to dismiss on grounds or concerning issues that were not decided in connection with the Rule 23.1 Motion, if necessary, following a decision on the Rule 23.1 Motion.

- 2 -

Director Defendants' Notice of Joinder and Joinder To
Nominal Defendant's Motion To Dismiss The Complaint
for Failure Adequately to Plead Demand Futility
Case No. 4:23-cv-02445-JST

Dated: April 1, 2024

Respectfully Submitted,

/s/ *Todd G. Cosenza*
Todd G. Cosenza (*admitted pro hac vice*)
Charles D. Cording (*admitted pro hac vice*)
Zeh S. Ekono (*admitted pro hac vice*)
Michelle A. Polizzano (*admitted pro hac vice*)
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile:  (212) 728-8111
Email: tcosenza@willkie.com
　　　　ccording@willkie.com
　　　　zekono@willkie.com
　　　　mpolizzano@willkie.com

Alexander L. Cheney (SBN: 302157)
Willkie Farr & Gallagher LLP
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7400
Facsimile:  (415) 858-7599
Email: acheney@willkie.com

*Attorneys for Defendants Steven D. Black, Mark A. Chancy, Theodore F. Craver, Jr., Maria R. Morris, Richard B. Payne, Jr., Ronald L. Sargent, and Suzanne M. Vautrinot*

- 3 -