VICTOR L. HOU (appearing *pro hac vice*)
vhou@cgsh.com
MARK E. MCDONALD (appearing *pro hac vice*)
memcdonald@cgsh.com
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2609

JENNIFER KENNEDY PARK (SBN 344888)
jkpark@cgsh.com
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
1841 Page Mill Road Suite 250
Palo Alto, CA 94304
Telephone:  (650) 815-4130

*Attorneys for Defendant Charles W. Scharf*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF HOLLYWOOD FIREFIGHTERS' PENSION SYSTEM,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN D. BLACK, MARK A. CHANCY, THEODORE F. CRAVER, JR., MARIA R. MORRIS, RICHARD B. PAYNE, JR., RONALD L. SARGENT, CHARLES W. SCHARF, and SUZANNE M. VAUTRINOT<br><br>Defendants,<br><br>and<br><br>WELLS FARGO & COMPANY,<br><br>Nominal Defendant. | Case No. 4:23-cv-02445-JST<br><br>**DEFENDANT CHARLES W. SCHARF'S NOTICE OF JOINDER AND JOINDER IN NOMINAL DEFENDANT WELLS FARGO & COMPANY'S MOTION TO DISMISS THE COMPLAINT FOR FAILURE ADEQUATELY TO PLEAD DEMAND FUTILITY**<br><br>Hearing: June 20, 2024<br>Time: 2:00 p.m.<br>Courtroom 6<br>The Hon. Jon S. Tigar |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Charles W. Scharf ("Mr. Scharf") hereby joins in Nominal Defendant Wells Fargo & Company's ("Wells Fargo") Motion to Dismiss for Failure Adequately to Plead Demand Futility on the grounds that Plaintiff fails adequately to plead demand futility under Rule 23.1 of the Federal Rules of Civil Procedure. The hearing on the Motion is set for June 20, 2024 at 2:00 p.m. before the Honorable Jon S. Tigar.

Mr. Scharf joins in Wells Fargo's Motion made pursuant to Rule 23.1 of the Federal Rules of Civil Procedure and joins in all accompanying documents, including the Notice of Motion, the Memorandum of Points and Authorities, and the Request for Judicial Notice and attached exhibits, as well as any oral argument of counsel, and any matter that may be submitted at the hearing or thereafter.

Mr. Scharf joins in Wells Fargo's Motion arguing that Plaintiff has failed adequately to plead demand futility under Rule 23.1 of the Federal Rules of Civil Procedure, which requires that a shareholder derivative complaint must "state with particularity" any "effort by the plaintiff to obtain the desired action from the directors" and "the reasons for not obtaining the action or making the effort," because Plaintiff has failed to (i) make a pre-suit demand on Wells Fargo's Board of Directors or (ii) adequately plead that the demand requirement is excused.

Pursuant to the parties' stipulation and the Scheduling Order entered by the Court on January 16, 2024, *see* ECF No. 110, the parties have agreed that Mr. Scharf and the other Individual Defendants may present further motions to dismiss on grounds or concerning issues that were not decided in connection with the Rule 23.1 Motion, if necessary, following a decision on the Rule 23.1 Motion.

DATED: April 1, 2024

    Respectfully submitted,

*/s/ Victor L. Hou*
VICTOR L. HOU (appearing *pro hac vice*)
vhou@cgsh.com
MARK E. MCDONALD (appearing *pro hac vice*)
memcdonald@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2609

JENNIFER KENNEDY PARK (SBN 344888)
jkpark@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
1841 Page Mill Road Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4130

*Attorneys for Defendant Charles W. Scharf*