1  **KESSLER TOPAZ**
   **MELTZER & CHECK, LLP**
2  Eric L. Zagar (Bar No. 250519)
   280 King of Prussia Road
3  Radnor, PA 19087
   Telephone: (610) 667-7706
4  Facsimile: (610) 667-7056

5  *Counsel for Lead Plaintiff City of*
   *Hollywood Firefighters' Pension System*
6
7  *[Additional Counsel on Signature Page]*

8  IN THE UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA
9  SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF HOLLYWOOD FIREFIGHTERS' PENSION SYSTEM, | Case No.: 4:23-cv-02445-JST |
| Plaintiff, | **JOINT STATUS REPORT, STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
| v. | |
| WELL FARGO & COMPANY, et al., | |
| Defendants. | |

The Parties to the above-captioned action (the "Action") jointly submit this Joint Status Report and Stipulation of Dismissal pursuant to the Court's Order dated June 5, 2024 (ECF No. 141), Order Granting Motion to Intervene and Stay.

1. City of Hollywood Firefighters' Pension System ("City of Hollywood" or "Plaintiff") was selected Lead Plaintiff in this action on January 2, 2024, ECF No. 105, and filed its consolidated shareholder derivative complaint on February 16, 2024. ECF No. 116.

2. On March 29, 2024, Timothy Himstreet and Montini Family Trust ("State Plaintiffs") moved to intervene in and to stay this Action. ECF No. 127.

3. On June 5, 2024, the Court granted State Plaintiffs' motion to stay. The Court stayed this action until the resolution of *Timothy Himstreet and Montini Family Trust v. Charles W. Scharf,*

1  *et al.*, No. CGC-22-599223 (Cal. Super. Ct. April 19, 2022) (the "State Action").  The Court ordered

2  the parties to file a status report within 10 days of the resolution of the State Action.

3        4. On July 24, 2025, the parties in the State Action received final approval of a settlement

4  of the State Action.

5        5. The settlement in the State Action includes a release of all claims arising from the

6  same subject matter of the State Action.

7        6. The Parties hereby stipulate, by and through their undersigned counsel, and pursuant

8  to Fed R. Civ. P. 41, this action may be dismissed with prejudice in its entirety, with each party

9  bearing its own fees and costs.

DATED:  August 4, 2025                                  Respectfully submitted,

| | |
|---|---|
| **SULLIVAN & CROMWELL LLP** | **KESSLER TOPAZ MELTZER & CHECK, LLP** |
| */s/ Christopher M. Viapiano*<br>Christopher M. Viapiano (*pro hac vice*)<br>1700 New York Ave. N.W., Suite 700<br>Washington, D.C.  20006<br>Telephone: (202) 956-7500<br>viapianoc@sullcrom.com | */s/ Eric L. Zagar*<br>Eric L. Zagar (Bar No. 250519)<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: (610) 667-7706<br>Facsimile: (610) 667-7056<br>ezagar@ktmc.com |
| Brendan P. Cullen (Bar No. 194057)<br>Sverker K. Hogberg (Bar No. 244640)<br>550 Hamilton Avenue<br>Palo Alto, CA  94301<br>Telephone: (650) 461-5600<br>cullenb@sullcrom.com<br>hogbergs@sullcrom.com | *Counsel for Lead Plaintiff City of Hollywood Firefighters' Pension System*<br><br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>Richard M. Heimann (063607)<br>*rheimann@lchb.com* |
| Leonid Traps (*pro hac vice*)<br>125 Broad Street<br>New York, NY  10004<br>Telephone: (212) 558-4000<br>trapsl@sullcrom.com | Katherine Lubin Benson (259826)<br>*kbenson@lchb.com*<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008 |
| *Counsel for Nominal Defendant Wells Fargo & Company* | *Additional Counsel for Plaintiff* |

| | |
|---|---|
| **CLEARY GOTTLIEB STEEN & HAMILTON LLP** | **WILLKIE FARR & GALLAGHER LLP** |
| */s/ Jennifer Kennedy Park* <br> Jennifer Kennedy Park (Bar No. 344888) <br> 1841 Page Mill Road, Suite 250 <br> Palo Alto, CA  94304 <br> Telephone: (650) 815-4130 <br> jkpark@cgsh.com <br><br> Victor L. Hou (*pro hac vice*) <br> Mark E. McDonald (*pro hac vice*) <br> One Liberty Plaza <br> New York, NY  10006 <br> Telephone: (212) 225-2000 <br> vhou@cgsh.com <br> memcdonald@cgsh.com <br><br> *Counsel for Defendant Charles W. Scharf* | */s/ Charles D. Cording* <br> Charles D. Cording (*pro hac vice*) <br> Todd G. Cosenza (*pro hac vice*) <br> 787 Seventh Avenue <br> New York, NY  10019 <br> Telephone: (212) 728-8677 <br> tcosenza@willkie.com <br> ccording@willkie.com <br><br> Alexander L. Cheney (Bar No. 302157) <br> 333 Bush Street <br> San Francisco, CA  94104 <br> Telephone: (415) 858-7400 <br> acheney@willkie.com <br><br> *Counsel for Defendants Steven D. Black, Mark A. Chancy, Celeste A. Clark, Theodore F. Craver, Jr., Maria R. Morris, Richard B. Payne, Jr., Ronald L. Sargent, and Suzanne M. Vautrinot* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE: __August 5, 2025_____     _____
JON S. TIGAR
United States District Judge

**Attestation Pursuant to Local Rule 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: August 4, 2025          */s/ Eric L. Zagar*
                                Eric L. Zagar